No. 01–6430. ESPINOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–6549. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–6591. WASHINGTON v. FIRST DATA RESOURCES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–6710. BUTTS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–6730. TAYLOR v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–6759. APICELLA v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 01–6794. NICHOLS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–6801. HERNANDEZ ANZURES v. SMITH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6814. HARRIS v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–6815. HERNANDEZ v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6820. BROWN v. TAYLOR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–6823. ORYANG v. BULLARD, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–6824. BISHOP v. DISCHNER ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–6827. ERVIN v. HUBBARD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–6832. ROBERSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.